UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAUSTO LEONARDO ALVACORA CHIMA,
CLAUDIO CRIOLLO, LUIS CRIOLLO, and
MILTON CULALA, *on behalf of themselves,*
*FLSA Collective Plaintiff, and the Class*

                       Plaintiffs,

   v.

SOHO MASONS CORP.,
     d/b/a SOHO MASONS,
JOHN NEVLA,
and VICTOR ROTTENBERG,

                       Defendants.

Case No.: 1:22-cv-05511

**[PROPOSED]**
**RULE 68 JUDGMENT**

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Soho Masons Corp., d/b/a Soho Masons, John Nevla, and Victor Rottenberg ("Defendants"), having offered to allow Plaintiffs Fausto Leonardo Alvacora Chima, Claudio Criollo, Luis Criollo, and Milton Culala ("Plaintiffs") to take a judgment against them, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00), inclusive of compensatory damages, liquidated damages, statutory damages, punitive damages, attorneys' fees, litigation expenses, interest, and costs of suit, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 7, 2022 and filed as Exhibit A to Docket Number 21;

     **WHEREAS**, on November 11, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 21);

     It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Fausto Leonardo Alvacora Chima, Claudio Criollo, Luis Criollo, and Milton Culala, in

the sum of Fifty Thousand Dollars and No Cents ($50,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 9, 2022 and filed as Exhibit A to Docket Number 21.

**SO ORDERED:**

Dated: _____, 2022        _____
         New York, New York                                  U.S.D.J.